No. 445. CITY OF VERO BEACH *v.* RITTENOURE INVESTMENT CO. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Robert J. Pleus* and *Austin M. Cowan* for petitioner. *Mr. W. E. Stanley* for respondent.

No. 527. CARL M. LOEB, Jr. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 528. HENRY A. LOEB *v.* SAME. December 9, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur B. Hyman* for petitioners. *Solicitor General Biddle* for respondent. Reported below: 113 F. 2d 664.

No. 544. REEVES ET AL. *v.* AMERICAN SECURITY & TRUST CO., TRUSTEE, ET AL. December 9, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. S. Wallace Dempsey* and *Bruce Fuller* for petitioners.

No. 551. RAYMOND *v.* COMMISSIONER OF INTERNAL REVENUE. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James F. Oates, Jr.* for petitioner. *Solicitor General Biddle* for respondent.

No. 552. CAIN, DOING BUSINESS AS CAIN'S TRUCK LINES, *v.* BOWLBY. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Robert L. Holliday* for petitioner.